# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

PLANNED PARENTHOOD OF ARKANSAS
& EASTERN OKLAHOMA, d/b/a Planned
Parenthood Great Plains, on behalf of itself
and its Patients, and LITTLE ROCK FAMILY
PLANNING SERVICES, on behalf of itself
and its Patients                                                                              PLAINTIFFS

VS.                     No. 4:17-cv-401-JM

NATHANIEL SMITH, in his capacity as
Director and State Health Officer,
Arkansas Department of Health                                               DEFENDANT

<u>Order</u>

       Plaintiffs' unopposed motion for dismissal (Doc. No. 60) is GRANTED, and this action is dismissed without prejudice.

       IT IS SO ORDERED this 8th day of April, 2019.

                                                _____
                                                James M. Moody Jr.
                                                United States District Judge